# EXHIBIT A - US SALES

| OrderNumber | SKU | CreateOn | Quantity | StaticOrderS | Amount | address_city | address_st | address_zip | address_country | Ship_Date | Refunded Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01252AWK | 71512 | 1/25/2012 | 1 | Shipped | $ 29.90 | Huntingdon | TN | 38344 | UNITED STATES | 2/22/2012 | 0 |
| 02224ZA1 | 71512 | 2/22/2012 | 2 | Shipped | $ 59.80 | West Valley City | utah | 84120 | United States | 3/17/2012 | 0 |
| 03106HQQ | 71512 | 3/10/2012 | 1 | Shipped | $ 29.90 | Honolulu | HI | 96817 | United States | 3/22/2012 | 0 |
| 0605W59X | 71512 | 6/5/2011 | 1 | Completed | $ 29.90 | Montgomery Village | MD | 20886 | UNITED STATES | 6/30/2011 | 0 |
| 06158X0K | 71512 | 6/15/2011 | 1 | Shipped | $ 29.90 | Newcastle | WA | 98056 | United States | 6/21/2011 | 0 |
| 0620SZ11 | 71512 | 6/20/2011 | 1 | Shipped | $ 29.90 | Trumansburg | NY | 14886 | United States | 6/24/2011 | 0 |
| 0714K6M6 | 71512 | 7/14/2011 | 1 | Completed | $ 29.90 | Baldwin Park | CA | 91706 | United States | 8/3/2011 | 0 |
| 072434Z4 | 71512 | 7/24/2011 | 1 | Shipped | $ 29.90 | Sunnyvale | CA | 94087-8720 | United States | 8/4/2011 | 0 |
| 1006MQ2T | 71512 | 10/6/2011 | 1 | Shipped | $ 29.90 | FPO | AA | 34099-5908 | United States | 10/26/2011 | 0 |
| 111206001027032343 | 71512 | 12/6/2011 | 1 | Completed | $ 29.90 | MIssion Viejo | CA | 92692 | US | 12/23/2011 | 0 |
| 120202001091158411 | 71512 | 2/2/2012 | 1 | Completed | $ 29.90 | Veazie | ME | 4401 | US | 2/18/2012 | 0 |
| 120218001071303218 | 71512 | 2/18/2012 | 1 | Completed | $ 29.90 | Gresham | OR | 97080-6522 | US | 2/23/2012 | 0 |
| 122194SK | 71512 | 12/21/2011 | 1 | Shipped | $ 29.90 | New York | NY | 10035 | United States | 1/3/2012 | 0 |
| | | TOTAL | 14 | | $ 418.60 | | | | | | |
| | | | | | | | | | | | |
| 01186Q99 | 73113 | 1/18/2012 | 1 | Shipped | $ 30.40 | Dalton | GA | 30721 | United States | 2/15/2012 | 0 |
| 0810NQMC | 73113 | 8/10/2011 | 1 | Shipped | $ 30.40 | Garden Grove | CA | 92845 | UNITED STATES | 8/18/2011 | 0 |
| 0919Z75Q | 73113 | 9/19/2011 | 1 | Shipped | $ 30.40 | Las Vegas | NV | 89117 | United States | 10/10/2011 | 0 |
| 1010597Y | 73113 | 10/10/2011 | 1 | Completed | $ 30.40 | Brick | NJ | 8723 | UNITED STATES | 10/24/2011 | 34.1 |
| 111120001090914323 | 73113 | 11/20/2011 | 1 | Completed | $ 30.40 | Gilroy | CA | 95020 | US | 11/23/2011 | 0 |
| 111204001023309395 | 73113 | 12/4/2011 | 1 | Completed | $ 30.40 | Vestavia hills | AL | 35216 | US | 12/9/2011 | 0 |
| 111211001038180765 | 73113 | 12/11/2011 | 1 | Completed | $ 30.40 | Gilroy | CA | 95020 | US | 12/15/2011 | 0 |
| 111228001089371543 | 73113 | 12/28/2011 | 1 | Completed | $ 30.40 | temple | TX | 76504 | US | 1/2/2012 1 | 0 |
| | | TOTAL | 8 | | $ 243.20 | | | | | | |
| | | | | | | | | | | | |
| | | TOTAL | 22 | | $ 661.80 | | | | | | |
| | | | | | | | | | | | |
| 0219RM18 | 71512 | 2/19/2012 | 1 | Fraud Order | $ 29.90 | brooklyn | New York | 11216 | United States | N/A | N/A |
| | | | | | | | | | | | |
| | | TOTAL | | | 691.70 | | | | | | |

承诺书

我公司 深圳市腾辉科技有限公司 （以下简称"我公司"）兹承诺如下：

我公司供应给 DX 平台销售的产品或其任何一部分（包括但不限于当中所包含的软件及计算机程序）及宣传材料不侵犯第三方的知识产权或其他所有权权利。一旦出现侵犯他人知识产权及/或其他合法权益的情况（包括但不限于第三方所提出的任何申索、索赔、要求或起诉），我公司应将对申索进行辩护，并负责仲裁或判决下达时的所有花费及支付经济损失。如果我公司认为产品可能会导致申索，或者已经导致了申索，而经过我公司的选择认为采取合适的措施一定可避免或减少潜在的损失，则 DX 有权决定是否继续产品的销售和使用，还是由我公司对这些产品进行修改或调换以避免侵权，我公司应赔偿 DX 由此而导致的一切花费以及损失。

签名： _____

日期： 2011. 1. 1

# EXHIBIT C - SUPPLIER AGREEMENT

承诺书

我公司 __深圳市进创电子有限公司__ （以下简称"我公司"）兹承诺如下：

我公司供应给 DX 平台销售的产品或其任何一部分（包括但不限于当中所包含的软件及计算机程序），及宣传材料不侵犯第三方的知识产权或其他所有权权利。一旦出现侵犯他人知识产权及/或其他合法权益的情况（包括但不限于第三方所提出的任何申索、索赔、要求或起诉），我公司应将对申索进行辩护，并负责仲裁或判决下达时的所有花费及支付经济损失。如果我公司认为产品可能会导致申索，或者已经导致了申索，而经过我公司的选择认为采取合适的措施一定可避免或减少潜在的损失，则 DX 有权决定是否继续产品的销售和使用，还是由我公司对这些产品进行修改或调换以避免侵权，我公司应赔偿 DX 由此而导致的一切花费以及损失。

签名：_____

日期：  2010 : 10 . 8

# EXHIBIT D - NON-US SALES

| OrderNumber | SKU | CreateOn | Quantity | Amount | StaticOrderStatus | ShippingCountry | Country | Ship Date | Refunded Amount | Current Order Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 120322001084267983 | 71512 | 3/22/2012 | 1 | $ 29.90 | Completed | CA | CANADA | 4/1/2012 | 0 | Completed |
| 0617ZT67 | 71512 | 6/17/2011 | 1 | $ 29.90 | Shipped | GR | Greece | 6/20/2011 | 0 | Shipped |
| 1204RS5S | 71512 | 12/4/2011 | 1 | $ 29.90 | Completed | NO | NORWAY | 2/20/2012 | 0 | Completed |
| 120329001041898086 | 71512 | 3/29/2012 | 1 | $ 29.90 | FullShipped | AU | AUSTRALIA | 4/6/2012 | 0 | Completed |
| 111110001029678671 | 73113 | 11/10/2011 | 1 | $ 30.40 | Completed | BR | BRAZIL | 2/14/2012 | 0 | Completed |
| 120214001050664745 | 71512 | 2/14/2012 | 1 | $ 29.90 | Completed | CA | CANADA | 3/15/2012 2:50:23 PM | 0 | Completed |
| 120217001063406142 | 71512 | 2/17/2012 | 1 | $ 29.90 | Completed | CA | CANADA | 2/22/2012 3:10:46 PM | 0 | Completed |
| 111229001093784927 | 73113 | 12/29/2011 | 1 | $ 30.40 | Completed | CA | CANADA | 12/31/2011 8:16:33 PM | 0 | Completed |
| 120129001066844914 | 73113 | 1/29/2012 | 1 | $ 30.40 | Completed | CA | CANADA | 1/31/2012 7:24:44 PM | 0 | Completed |
| 120104001030431213 | 71512 | 1/4/2012 | 1 | $ 29.90 | Completed | CH | SWITZERLAND | 1/7/2012 11:47:03 AM | 0 | Completed |
| 120130001074747913 | 73113 | 1/30/2012 | 1 | $ 30.40 | Completed | CH | SWITZERLAND | 2/13/2012 10:25:35 AM | 0 | Completed |
| 111226001083875867 | 71512 | 12/26/2011 | 1 | $ 29.90 | Completed | DE | GERMANY | 12/28/2011 6:40:11 PM | 0 | Completed |
| 120130001072704057 | 73113 | 1/30/2012 | 1 | $ 30.40 | Completed | ES | SPAIN | 2/13/2012 3:13:40 PM | 0 | Completed |
| 111229001095762239 | 71512 | 12/29/2011 | 1 | $ 29.90 | Completed | FI | FINLAND | 1/16/2012 3:33:29 PM | 0 | Completed |
| 0104GAQY | 71512 | 1/4/2012 | 1 | $ 29.90 | Completed | FR | France | 1/18/2012 | EUR16.74 | Completed |
| 120111001070475691 | 73113 | 1/11/2012 | 1 | $ 30.40 | Completed | FR | FRANCE | 1/28/2012 6:50:36 PM | 0 | Completed |
| 120203001093633700 | 73113 | 2/3/2012 | 1 | $ 30.40 | Completed | FR | FRANCE | 2/15/2012 6:41:24 PM | 0 | Completed |
| 120106001042597774 | 71512 | 1/6/2012 | 1 | $ 29.90 | Completed | HR | CROATIA | 1/9/2012 5:06:55 PM | 0 | Completed |
| 120124001046051511 | 71512 | 1/24/2012 | 1 | $ 29.90 | Completed | HU | HUNGARY | 1/26/2012 4:58:03 PM | 0 | Completed |
| 120210001035528521 | 71512 | 2/10/2012 | 1 | $ 29.90 | Completed | IL | ISRAEL | 3/12/2012 10:26:03 PM | 0 | Completed |
| 120211001039928027 | 71512 | 2/11/2012 | 1 | $ 29.90 | Completed | IT | ITALY | 2/15/2012 4:33:52 PM | 0 | Completed |
| 120211001038448773 | 71512 | 2/11/2012 | 1 | $ 29.90 | Completed | NO | NORWAY | 2/12/2012 1:36:16 PM | 0 | Completed |
| 120217001063546893 | 71512 | 2/17/2012 | 1 | $ 29.90 | Completed | NO | NORWAY | 2/22/2012 3:42:23 PM | 0 | Completed |
| 120327001026609768 | 71512 | 3/27/2012 | 1 | $ 29.90 | Completed | RU | RUSSIAN FEDERAT | 4/12/20121 | 0 | Completed |
| 111207001030241780 | 71512 | 12/7/2011 | 1 | $ 29.90 | Completed | SG | SINGAPORE | 12/22/2011 | 0 | Completed |
| 111214001047719278 | 71512 | 12/14/2011 | 1 | $ 29.90 | Completed | SG | SINGAPORE | 12/19/2011 | $29.9(SC) | Completed |
| 120214001052617413 | 71512 | 2/14/2012 | 1 | $ 29.90 | Completed | SG | SINGAPORE | 2/22/2012 3:42:23 PM | 0 | Completed |
| 120101001017201214 | 71512 | 1/1/2012 | 1 | $ 29.90 | Completed | TR | TURKEY | 1/28/2012 3:22:28 PM | 0 | Completed |
| 120313001027254993 | 71512 | 3/13/2012 | 1 | $ 29.90 | Completed | AU | AUSTRALIA | 3/30/2012 | 0 | Completed |
| 120317001052602136 | 71512 | 3/17/2012 | 1 | $ 29.90 | Completed | AU | BRAZIL | 4/13/2012 | 0 | Completed |
| 120319001063989619 | 71512 | 3/19/2012 | 1 | $ 29.90 | Completed | AU | AUSTRALIA | 3/23/2012 | 0 | Completed |
| 120320001070746142 | 71512 | 3/20/2012 | 1 | $ 29.90 | Completed | AU | AUSTRALIA | 4/9/2012 | 0 | Completed |
| 120317001053733318 | 73113 | 3/17/2012 | 1 | $ 30.40 | Completed | BE | BELGIUM | 3/28/2012 | 0 | Completed |
| 120313001027936307 | 71512 | 3/13/2012 | 1 | $ 29.90 | Completed | BR | BRAZIL | 3/30/2012 | 0 | Completed |
| 120316001050459861 | 71512 | 3/16/2012 | 1 | $ 29.90 | Completed | BR | AUSTRALIA | 4/7/2012 | 0 | Completed |
| 120318001059195003 | 71512 | 3/18/2012 | 1 | $ 29.90 | Completed | BR | BRAZIL | 4/12/2012 | 0 | Completed |
| 120318001062110862 | 73113 | 3/18/2012 | 1 | $ 30.40 | Completed | BR | BRAZIL | 4/5/2012 | 0 | Completed |
| 120327001024763488 | 71512 | 3/27/2012 | 1 | $ 29.90 | Completed | CL | CHILE | 4/1/2012 5/11/2012 | 0 | Completed |
| 120327001024763488 | 73113 | 3/27/2012 | 1 | $ 30.40 | Completed | CL | CHILE | 4/1/2012 5/11/2012 | 0 | Completed |
| 120313001026842737 | 71512 | 3/13/2012 | 1 | $ 29.90 | Completed | DK | DENMARK | 3/19/2012 | 0 | Completed |
| 120321001079611208 | 71512 | 3/21/2012 | 1 | $ 29.90 | Completed | IL | ISRAEL | 4/7/2012 | 0 | Completed |
| 120320001071379512 | 71512 | 3/20/2012 | 1 | $ 29.90 | Completed | JP | JAPAN | 3/27/2012 4/7/2012 | 0 | Completed |
| 120327001026363033 | 71512 | 3/27/2012 | 1 | $ 29.90 | Completed | NO | NORWAY | 4/8/2012 | 0 | Completed |
| 120320001072379500 | 71512 | 3/20/2012 | 1 | $ 29.90 | Completed | RU | RUSSIAN FEDERAT | 3/30/2012 | 0 | Completed |
| 120324001099034648 | 71512 | 3/24/2012 | 1 | $ 29.90 | Completed | RU | RUSSIAN FEDERAT | 4/7/2012 | 0 | Completed |
| 120328001032714518 | 71512 | 3/28/2012 | 1 | $ 29.90 | Completed | RU | RUSSIAN FEDERAT | 4/7/2012 | 0 | Completed |
| 120322001088599677 | 73113 | 3/22/2012 | 1 | $ 30.40 | Completed | SG | SINGAPORE | 3/24/2012 | 0 | Completed |
| 120320001072140537 | 73113 | 3/20/2012 | 1 | $ 30.40 | Completed | TR | CANKAYA | 3/26/2012 | 0 | Completed |
| 120308001085280310 | 71512 | 3/8/2012 | 1 | $ 29.90 | Completed | AR | ARGENTINA | 3/17/2012 | 0 | Completed |
| 120303001057939047 | 71512 | 3/3/2012 | 1 | $ 29.90 | Completed | AU | AUSTRALIA | 3/13/2012 | 0 | Completed |
| 120303001059061678 | 71512 | 3/3/2012 | 1 | $ 29.90 | Completed | BR | BRAZIL | 3/13/2012 | 0 | Completed |

| Order ID | SKU | Date | Qty | Amount | Status | Country Code | Country | Ship Date | Extra | Status 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 120311001012334750 | 71512 | 3/11/2012 | 1 | $29.90 | Completed | BR | BRAZIL | 3/30/2012 | | 0 Completed |
| 120220001076994823 | 71512 | 2/20/2012 | 1 | $29.90 | Completed | CA | CANADA | 3/19/2012 | | 0 Completed |
| 120217001065070640 | 73113 | 2/17/2012 | 1 | $30.40 | Completed | CA | CANADA | 3/9/2012 | | 0 Completed |
| 120306001076469470 | 71512 | 3/6/2012 | 1 | $29.90 | Completed | CZ | CZECH REPUBLIC | 3/13/2012 | | 0 Completed |
| 120218001071196779 | 71512 | 2/18/2012 | 1 | $29.90 | Completed | ES | SPAIN | 2/23/2012 | | 0 Completed |
| 120312001020874214 | 71512 | 3/12/2012 | 1 | $29.90 | Completed | ES | SPAIN | 3/30/2012 | | 0 Completed |
| 120220001081683152 | 71512 | 2/20/2012 | 1 | $29.90 | Completed | FR | FRANCE | 3/30/2012 | | 0 Completed |
| 120303001055483100 | 71512 | 3/3/2012 | 1 | $29.90 | Completed | GB | UNITED KINGDOM | 3/13/2012 | | 0 Completed |
| 120303001057566887 | 73113 | 3/3/2012 | 1 | $30.40 | Completed | GL | GREENLAND | 3/12/2012 | | 0 Completed |
| 120301001049860836 | 71512 | 3/1/2012 | 1 | $29.90 | Completed | HR | CROATIA | 3/13/2012 | | 0 Completed |
| 120226001020167099 | 71512 | 2/26/2012 | 1 | $29.90 | Completed | MX | MEXICO | 3/21/2012 | | 0 Completed |
| 120306001076149910 | 71512 | 3/6/2012 | 1 | $29.90 | Completed | NL | NETHERLANDS | 3/30/2012 | | 0 Completed |
| 120306001078080286 | 73113 | 3/6/2012 | 1 | $30.40 | Completed | NL | NETHERLANDS | 3/27/2012 | | 0 Completed |
| 120220001080817114 | 71512 | 2/20/2012 | 1 | $29.90 | Completed | NZ | NEW ZEALAND | 2/23/2012 | | 0 Completed |
| 120227001026980684 | 71512 | 2/27/2012 | 1 | $29.90 | Completed | NZ | NEW ZEALAND | 3/21/2012 | | 0 Completed |
| 120305001068744324 | 71512 | 3/5/2012 | 1 | $29.90 | Completed | SG | SINGAPORE | 3/13/2012 | | 0 Completed |
| 120221001086503131 | 73113 | 2/21/2012 | 1 | $30.40 | Completed | SK | SLOVAKIA | 3/3/2012 | | 0 Completed |
| 0616U4MT | 71512 | 6/16/2011 | 1 | $29.90 | Shipped | AU | Australia | 6/20/2011 | | 0 shipped |
| 08075TW2 | 73113 | 8/7/2011 | 1 | $30.40 | Shipped | BR | BRAZIL | 8/18/2011 | | 0 shipped |
| 07142457 | 71512 | 7/14/2011 | 1 | $29.90 | Shipped | BR | BRAZIL | 6/27/2011 | | 0 shipped |
| 0902S7Z2 | 71512 | 9/2/2011 | 1 | $29.90 | Shipped | BR | BRAZIL | 9/4/2011 | | 0 shipped |
| 0807QTQ1 | 73113 | 8/7/2011 | 1 | $30.40 | Shipped | BR | BRAZIL | 8/18/2011 | | 0 shipped |
| 0626W7RG | 71512 | 6/26/2011 | 1 | $29.90 | Shipped | BR | BRAZIL | 6/29/2011 | | 0 shipped |
| 07280MZ5 | 71512 | 7/28/2011 | 1 | $29.90 | Shipped | BR | BRAZIL | 7/30/2011 | | 0 shipped |
| 0916X25T | 71512 | 9/16/2011 | 1 | $29.90 | Shipped | CA | Canada | 9/23/2011 | | 0 shipped |
| 0621L6XQ | 71512 | 6/21/2011 | 1 | $29.90 | Shipped | DK | DENMARK | 6/27/2011 | | 0 shipped |
| 0904AG1C | 73113 | 9/4/2011 | 2 | $60.80 | Shipped | FI | Finland | 9/14/2011 | | 0 shipped |
| 082885L4 | 71512 | 8/28/2011 | 1 | $29.90 | Shipped | FR | France | 9/7/2011 | | 0 shipped |
| 08155RM3 | 73113 | 8/15/2011 | 1 | $30.40 | Shipped | FR | France | 9/1/2011 | | 0 shipped |
| 0804YKKQ | 73113 | 8/4/2011 | 1 | $30.40 | Shipped | GB | UNITED KINGDOM | 8/18/2011 | | 0 shipped |
| 0809UQ63 | 73113 | 8/9/2011 | 1 | $30.40 | Shipped | NL | Netherlands | 8/18/2011 | | 0 shipped |
| 0719MM5X | 71512 | 7/19/2011 | 1 | $29.90 | Shipped | NO | NORWAY | 7/20/2011 | | 0 shipped |
| 09147NE3 | 71512 | 9/14/2011 | 3 | $89.70 | Shipped | RU | RUSSIAN FEDERAT | 9/22/2011 | | 0 shipped |
| 08051GXG | 73113 | 8/5/2011 | 1 | $30.40 | Shipped | SE | SWEDEN | 8/18/2011 | | 0 shipped |
| 0917U9RZ | 71512 | 9/17/2011 | 1 | $29.90 | Shipped | SG | SINGAPORE | 9/24/2011 | | 0 shipped |
| 0811KRY5 | 73113 | 8/11/2011 | 1 | $30.40 | Shipped | SG | Singapore | 8/31/2011 | | 0 shipped |
| 0924GZR3 | 71512 | 9/24/2011 | 1 | $29.90 | Shipped | AR | ARGENTINA | 10/6/2011 | | 0 Shipped |
| 1024AZ37 | 71512 | 10/24/2011 | 1 | $29.90 | Shipped | AR | Argentina | 10/28/2011 | | 0 Shipped |
| 03019ZMT | 71512 | 3/1/2012 | 1 | $29.90 | Completed | AU | Australia | 4/8/2012 | | 0 Shipped |
| 1111SK6Q | 73113 | 11/11/2011 | 1 | $30.40 | Shipped | BE | Belgium | 12/16/2011 | | 0 Shipped |
| 102780T4 | 73113 | 10/27/2011 | 1 | $30.40 | Completed | BR | BRAZIL | 10/29/2011 | $136.68 | Shipped |
| 103008GW | 71512 | 10/30/2011 | 1 | $29.90 | Shipped | BR | BRAZIL | 11/7/2011 | | 0 Shipped |
| 12110MTM | 71512 | 12/11/2011 | 1 | $29.90 | Shipped | BR | Brazil | 1/3/2012 | | 0 Shipped |
| 0127W6RK | 71512 | 1/27/2012 | 1 | $29.90 | Shipped | BR | Brazil | 2/22/2012 | | 0 Shipped |
| 0303706U | 71512 | 3/3/2012 | 1 | $29.90 | Shipped | BR | Brazil | 3/20/2012 | | 0 Shipped |
| 0103TS06 | 71512 | 1/3/2012 | 1 | $29.90 | Shipped | BR | Brazil | 1/19/2012 | | 0 Shipped |
| 110965X7 | 73113 | 11/9/2011 | 1 | $30.40 | Shipped | BR | Brazil | 12/6/2011 | | 0 Shipped |
| 022681SG | 71512 | 2/26/2012 | 1 | $29.90 | Shipped | BR | Brazil | 3/19/2012 | | 0 Shipped |
| 1017UE8A | 73113 | 10/17/2011 | 1 | $30.40 | Shipped | BR | Brazil | 2/15/2012 | | 0 Shipped |
| 1201CAE9 | 73113 | 12/1/2011 | 1 | $30.40 | Shipped | BR | Brazil | 12/5/2011 | | 0 Shipped |
| 01291132 | 71512 | 1/29/2012 | 1 | $29.90 | Shipped | BR | Brazil | 2/4/2012 | | 0 Shipped |
| 12125Z6X | 71512 | 12/12/2011 | 1 | $29.90 | Shipped | BR | Brazil | 1/3/2012 | | 0 Shipped |

| Order | SKU | Date | Qty | Price | Status | CC | Country | Ship Date | Return |
|---|---|---|---|---|---|---|---|---|---|
| 0113E3TA | 71512 | 1/13/2012 | 1 | $29.90 | Shipped | BY | Belarus | 2/22/2012 | 0 Shipped |
| 01240901 | 73113 | 1/24/2012 | 1 | $30.40 | Shipped | CA | Canada | 2/16/2012 | 0 Shipped |
| 0204U98U | 73113 | 2/4/2012 | 1 | $30.40 | Shipped | CA | Canada | 2/18/2012 | 0 Shipped |
| 0216CH6S | 71512 | 2/16/2012 | 1 | $29.90 | Shipped | CA | Canada | 2/22/2012 | 0 Shipped |
| 0126H3Q8 | 71512 | 1/26/2012 | 1 | $29.90 | Shipped | CA | Canada | 3/23/2012 | 0 Shipped |
| 0924G36X | 73113 | 9/24/2011 | 1 | $30.40 | Shipped | CL | CHILE | 9/25/2011 | 0 Shipped |
| 0211YG9R | 71512 | 2/11/2012 | 1 | $29.90 | Shipped | DE | GERMANY | 2/22/2012 | 0 Shipped |
| 1205098T | 73113 | 12/5/2011 | 1 | $30.40 | Shipped | DE | Germany | 12/6/2011 | 0 Shipped |
| 0207US6N | 73113 | 2/7/2012 | 1 | $30.40 | Shipped | DK | Denmark | 2/18/2012 | 0 Shipped |
| 1130CLZE | 73113 | 11/30/2011 | 1 | $30.40 | Shipped | DK | Denmark | 12/1/2011 | 0 Shipped |
| 02039222 | 71512 | 2/3/2012 | 1 | $29.90 | Shipped | FR | France | 2/22/2012 | 0 Shipped |
| 1006RG3N | 73113 | 10/6/2011 | 1 | $30.40 | Shipped | FR | FRANCE | 10/16/2011 | 0 Shipped |
| 0131KEL4 | 73113 | 1/31/2012 | 1 | $30.40 | Shipped | FR | France | 2/17/2012 | 0 Shipped |
| 03123YZU | 73113 | 3/12/2012 | 1 | $30.40 | Shipped | FR | France | 3/14/2012 | 0 Shipped |
| 0111S341 | 71512 | 1/11/2012 | 1 | $29.90 | Shipped | ID | Indonesia | 2/22/2012 | 0 Shipped |
| 1025X0M0 | 73113 | 10/25/2011 | 2 | $60.80 | Shipped | IL | Israel | 10/28/2011 | 0 Shipped |
| 011955M1 | 71512 | 1/19/2012 | 1 | $29.90 | Shipped | IL | Israel | 1/31/2012 | 0 Shipped |
| 1127750S | 73113 | 11/27/2011 | 1 | $30.40 | Shipped | IL | Israel | 12/1/2011 | 0 Shipped |
| 0225XU5M | 71512 | 2/25/2012 | 1 | $29.90 | Shipped | IL | Israel | 3/17/2012 | 0 Shipped |
| 12169U9X | 73113 | 12/16/2011 | 1 | $30.40 | Shipped | IL | Israel | 12/18/2011 | 0 Shipped |
| 011477N0 | 71512 | 1/14/2012 | 1 | $29.90 | Shipped | IL | ISRAEL | 2/22/2012 | 0 Shipped |
| 0110931U | 73113 | 1/10/2012 | 1 | $30.40 | Shipped | IT | Italy | 2/15/2012 | 0 Shipped |
| 1002X00T | 73113 | 10/2/2011 | 1 | $30.40 | Shipped | MX | Mexico | 10/2/2011 | 0 Shipped |
| 11299542 | 73113 | 11/29/2011 | 1 | $30.40 | Shipped | MY | MALAYSIA | 12/8/2011 | 0 Shipped |
| 01282X95 | 71512 | 1/28/2012 | 1 | $29.90 | Shipped | NL | NETHERLANDS | 2/22/2012 | 0 Shipped |
| 0207W3UE | 73113 | 2/7/2012 | 1 | $30.40 | Shipped | NL | Netherlands | 2/21/2012 | 0 Shipped |
| 0310R07X | 71512 | 3/10/2012 | 2 | $59.80 | Shipped | NL | Netherlands | 3/21/2012 | 0 Shipped |
| 0302M619 | 71512 | 3/2/2012 | 1 | $29.90 | Shipped | NL | Netherlands | 3/19/2012 | 0 Shipped |
| 1124X921 | 73113 | 11/24/2011 | 1 | $30.40 | Shipped | NL | Netherlands | 11/24/2011 | 0 Shipped |
| 01030W8R | 71512 | 1/3/2012 | 1 | $29.90 | Shipped | NO | NORWAY | 3/21/2012 | 0 Shipped |
| 12130KN0 | 71512 | 12/13/2011 | 1 | $29.90 | Shipped | NO | NORWAY | 2/20/2012 | 0 Shipped |
| 0217GGTA | 73113 | 2/17/2012 | 1 | $30.40 | Shipped | NO | Norway | 2/27/2012 | 0 Shipped |
| 1008X6T3 | 73113 | 10/8/2011 | 1 | $30.40 | Shipped | NO | NORWAY | 10/19/2011 | 0 Shipped |
| 0131HCGE | 71512 | 1/31/2012 | 1 | $29.90 | Shipped | NO | Norway | 2/22/2012 | 0 Shipped |
| 0105QSSQ | 71512 | 1/5/2012 | 1 | $29.90 | Shipped | NO | Norway | 1/17/2012 | 0 Shipped |
| 0120ZKA5 | 71512 | 1/20/2012 | 1 | $29.90 | Shipped | NO | Norway | 2/22/2012 | 0 Shipped |
| 0219WLC7 | 71512 | 2/19/2012 | 1 | $29.90 | Shipped | NZ | New Zealand | 2/22/2012 | 0 Shipped |
| 120328001034162922 | 71512 | 3/28/2012 | 1 | $29.90 | FullShipped | RU | RUSSIAN FEDERAT | 4/13/2012 | 0 Shipped |
| 0209954U | 71512 | 2/9/2012 | 1 | $29.90 | Shipped | RU | Russia | 2/21/2012 | 0 Shipped |
| 1004QSM2 | 73113 | 10/4/2011 | 1 | $30.40 | Shipped | RU | RUSSIAN FEDERAT | 10/5/2011 | 0 Shipped |
| 10269392 | 73113 | 10/26/2011 | 1 | $30.40 | Shipped | RU | Russia | 12/6/2011 | 0 Shipped |
| 1114SA6Y | 73113 | 11/14/2011 | 1 | $29.90 | Shipped | RU | RUSSIAN FEDERAT | 11/23/2011 | 0 Shipped |
| 01258948 | 71512 | 1/25/2012 | 1 | $29.90 | Shipped | RU | Russia | 2/22/2012 | 0 Shipped |
| 0220K78Q | 71512 | 2/20/2012 | 1 | $29.90 | Shipped | RU | Russia | 3/16/2012 | 0 Shipped |
| 1130W773 | 73113 | 11/30/2011 | 1 | $30.40 | Shipped | RU | Russian Federation | 12/13/2011 | 0 Shipped |
| 0920M03L | 71512 | 9/20/2011 | 1 | $29.90 | Shipped | RU | RUSSIAN FEDERAT | 9/29/2011 | 0 Shipped |
| 0122WX09 | 73113 | 1/22/2012 | 1 | $30.40 | Shipped | SE | SWEDEN | 2/22/2012 | 0 Shipped |
| 0206NX1G | 71512 | 2/6/2012 | 1 | $29.90 | Shipped | SE | Sweden | 2/22/2012 | 0 Shipped |
| 1018L7MU | 73113 | 10/18/2011 | 1 | $30.40 | Shipped | SE | SWEDEN | 10/18/2011 | 0 Shipped |
| 0320X73L | 73113 | 3/20/2012 | 1 | $30.40 | Shipped | SE | Sweden | 3/29/2012 | 0 Shipped |
| 0221SU2A | 71512 | 2/21/2012 | 1 | $29.90 | Shipped | SE | Sweden | 3/16/2012 | 0 Shipped |
| 1101R9YS | 71512 | 11/1/2011 | 1 | $29.90 | Shipped | SG | SINGAPORE | 11/9/2011 | 0 Shipped |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1101R9YS | 73113 | 11/1/2011 | 1 | $ | 30.40 | Shipped | SG | SINGAPORE | 11/9/2011 | 0 Shipped |
| 1205Q7SX | 73113 | 12/5/2011 | 1 | $ | 30.40 | Shipped | SG | Singapore | 12/6/2011 | 0 Shipped |
| 1015ZXE4 | 71512 | 10/15/2011 | 1 | $ | 29.90 | Shipped | SG | SINGAPORE | 10/17/2011 | 0 Shipped |
| 1128K613 | 73113 | 11/28/2011 | 1 | $ | 30.40 | Shipped | SG | Singapore | 12/7/2011 | 0 Shipped |
| 10137K77 | 71512 | 10/13/2011 | 1 | $ | 29.90 | Shipped | SG | Singapore | 10/17/2011 | 0 Shipped |
| 10204W79 | 71512 | 10/20/2011 | 1 | $ | 29.90 | Shipped | SG | SINGAPORE | 10/20/2011 | 0 Shipped |
| 1030KKG6 | 71512 | 10/30/2011 | 1 | $ | 29.90 | Shipped | SG | SINGAPORE | 11/7/2011 | 0 Shipped |
| 120318UU | 71512 | 12/3/2011 | 1 | $ | 29.90 | Shipped | SG | SINGAPORE | 12/15/2011 | 0 Shipped |
| 0216AZRS | 71512 | 2/16/2012 | 1 | $ | 29.90 | Shipped | TR | TURKEY | 2/22/2012 | 0 Shipped |
| | | TOTAL SALE | 169 | | 5082.6 | | | | | |
| 0129AA35 | 71512 | 1/29/2012 | 1 | $ | 29.90 | Cancelled | BE | | | |
| 111230001010695219 | 73113 | 12/30/2011 | 1 | $ | 30.40 | Cancelled | BR | | | |
| 0112KNE6 | 73113 | 1/12/2012 | 1 | $ | 30.40 | Cancelled | FR | | | |
| 0111K98K | 71512 | 1/11/2012 | 1 | $ | 29.90 | Cancelled | HR | | | |
| 0804A518 | 73113 | 8/4/2011 | 4 | $ | 121.60 | Cancelled | RU | | | |
| | | TOTAL CANCEL | 8 | $ | 242.20 | | | | | |