NATHAN, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 15 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
KLIPSCH GROUP, INC.,

   Plaintiff,

  v.

BIG BOX STORE LIMITED d/b/a
BIGBOXSTORE.COM, et al.,

   Defendants.

- - - - - - - - - - - - - - - - - - X

Civ. No. 12-CV-6283 (AJN)

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of the parties to the above-captioned action, that this action be, and the same hereby is, dismissed with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs, including attorneys' fees.

Dated: September 25, 2012

          **MAYER BROWN LLP**

          By: _____
          A. John P. Mancini
          (JMancini@mayerbrown.com)
          Vanessa Biondo
          (VBiondo@mayerbrown.com)
          Andrew Calica
          (ACalica@mayerbrown.com)
          MAYER BROWN LLP
          1675 Broadway
          New York, New York 10019
          (212) 506-2500

          *Attorneys for Defendant Dandan Wu d/b/a/*
          *Pandawill.com*

Dated: September 25, 2012

DAVIS WRIGHT TREMAINE

By: _____
G. Roxanne Elings
(RoxanneElings@dwt.com)
Charles A. LeGrand
(CharlesLeGrand@dwt.com)
George P. Wukoson
(GeorgeWukoson@dwt.com)
1633 Broadway, 27th Floor
New York, New York 10019
(212) 489-8230

*Attorneys for Plaintiff Klipsch Group, Inc.*

SO ORDERED this 15th day of October 2012:

_____
JUDGE ALISON J. NATHAN

-2-