UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Klipsch Group, Inc.,                             :

                    Plaintiff,                   :           12 Civ. 6283 (AJN)

          -v-                                    :              ORDER

                                                 :

Big Box Store Ltd. d/b/a BigBoxStore.com and    :
BigBoxSave.com, *et al.*,
                    Defendants.                  :
---------------------------------------------------------------X

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> **DOC #:** _____
> **DATE FILED:** OCT 17 2012

ALISON J. NATHAN, District Judge:

       In the parties' briefing addressing the October 16, 2012 Order to Show Cause (Docket # 73), the Court is interested in seeing the parties address (1) Plaintiff's argument that statutory damages under the Lanham Act constitute equitable relief (Pl. Mem. of Law in Support of Stay Pending Appeal at 7–8) in light of the Supreme Court's decision in *Feltner v. Columbia Pictures Television, Inc.*, 523 U.S. 340 (1998) and (2) the question of whether the accounting to which Plaintiff is entitled encompasses statutory damages even if the Court determines that those statutory damages are not equitable in nature.

       Plaintiff shall docket its Memorandum of Law and Declaration in support of a stay pending appeal forthwith.

       SO ORDERED.

Dated: October __17__, 2012
      New York, New York

 

_____
ALISON J. NATHAN
United States District Judge