**MEMO ENDORSED**



Davis Wright Tremaine LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 18 2012
```

27th Floor
1633 Broadway
New York, NY 10019-6708

Charles A. LeGrand
212.603.6429 tel
212.489.5229 fax

CharlesLeGrand@dwt.com

October 17, 2012

VIA EMAIL NathanNYSDChambers@nysd.uscourts.gov
Honorable Alison J. Nathan, USDJ
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

SO ORDERED: 10/18/12

_/s/ A. Nathan_
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Re: Klipsch Group, Inc. v. Big Box Store Limited, et al.
Civil Action No. 12-CV-6283 (AJN)

Dear Honorable Judge Nathan:

This firm represents Plaintiff Klipsch Group, Inc. ("Klipsch" or "Plaintiff") in the above-referenced matter.

It has been brought to our attention that Exhibit Z to the Declaration of Tamara D. Tarbutton, dated September 12, 2012 (Docket Entry 45) contains unredacted financial account information. Plaintiff's counsel has contacted the ECF Help Desk and requested that the filing be temporarily sealed pursuant to Electronic Case Filing Rules & Instructions Section 21.8. Plaintiff respectfully requests that the entry be formally sealed by the Court. Counsel will file a redacted version and apologizes to the Court and opposing counsel for any inconvenience in this regard.

Thank you for your consideration of this matter.

Respectfully submitted,

_/s/ CLN_
Charles A. LeGrand

cc: Douglas Tween, Esq. (via email)
John Basinger, Esq. (via email)

DWT 20534116v1 0095938-000002

Anchorage  New York    Seattle
Bellevue   Portland    Shanghai
Los Angeles San Francisco Washington, D.C.

www.dwt.com

*Handwritten endorsement:* The Clerk of Court is requested to remove Exhibit Z to Document 45 from the docket sheet. Plaintiff shall file a redacted version forthwith. In the future, all parties are admonished to follow the Court's Individual Rules 4A, regarding redaction requests.