UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KLIPSCH GROUP, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>BIG BOX STORE LIMITED d/b/a BIGBOXSTORE.COM and BIGBOXSAVE.COM; ZHONGREN CAO d/b/a UNITED PACIFIC CONNECTIONS COMPANY d/b/a ATECHPORT.COM and WIRELESSSPYCAMERA.BIZ; DANDAN WU d/b/a PANDAWILL.COM; *et al.*,<br><br>       Defendants. | CIV. ACTION NO. 12-CV-06283 (AJN)<br><br>**PLAINTIFF'S<br>DEMAND FOR JURY TRIAL** |

    Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff Klipsch Group, Inc. hereby demands a trial by jury in this action.

Dated: New York, NY
     November 28, 2012

                     Respectfully submitted,

                     DAVIS WRIGHT TREMAINE LLP

                       /s/ Charles A. LeGrand
                   By: _____
                   G. Roxanne Elings
                   (RoxanneElings@dwt.com)
                   Charles A. LeGrand
                   (CharlesLeGrand@dwt.com)
                   George P. Wukoson
                   (GeorgeWukoson@dwt.com)
                   1633 Broadway, 27th Floor
                   New York, NY 10019-6708
                   Telephone: (212) 489-8230
                   Facsimile: (212) 489-8340

                   *Attorneys for Plaintiff Klipsch Group, Inc.*