**MANDATE**

N.Y.S.D. Case #
12-cv-6283(AJN)

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 500 Pearl Street, in the City of New York, on the 14ᵗʰ day of March, two thousand and thirteen,

_____

Klipsch Group, Inc.,

Plaintiff - Appellant,

v.

Big Box Store Limited, et al.,

Defendants,

DealExtreme.com,

Defendant - Appellee.

_____

**ORDER**
Docket Number: 12-4290

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 19, 2013

A notice of appeal was filed on October 16, 2012 Appellant's brief and appendix, due March 13, 2013, has not been filed. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective March 28, 2013 if the brief and appendix are not filed by that date. No extension of time to file will be granted.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 04/19/2013**