

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**G. Roxanne Elings**
212.603.6416 tel
212.379.5226 fax

roxanneelings@dwt.dcom

February 13, 2017

<u>Via ECF</u>

Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    <u>Klipsch Group, Inc. v. Big Box Store Limited, et al.</u>
       <u>Civil Action No. 12-CV-6283 (VSB)(MHD)</u>

Dear Honorable Judge Broderick:

        We write on behalf of plaintiff Klipsch and jointly with defendant ePRO per the Court's direction that the parties submit a joint letter addressing the status of the appeals of orders this action. The appeals by each party are pending. ePRO filed the brief in support of its appeal on January 20, 2017. Klipsch will file the brief in support of its appeal and in opposition to ePRO's appeal on or before April 7, 2017. ePRO will file a brief replying to Klipsch's opposition to ePRO's appeal and opposing Klipsch's appeal by a date to be determined, no later than June 7, 2017. Klipsch will then file a reply brief in support of its appeal by a date to be determined, no later than June 21, 2017.

                          Respectfully submitted,

                          Davis Wright Tremaine LLP

                          */s/ G. Roxanne Elings*

                          G. Roxanne Elings

cc:    John Basinger, Esq. (via ECF); Hugh Mo, Esq. (via ECF); Pedro Medina, Esq. (via ECF)

Anchorage     New York      Seattle
Bellevue      Portland      Shanghai
Los Angeles   San Francisco Washington, D.C.                    www.dwt.com